| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>KML Law Group, P.C.<br>By:  Brian C. Nicholas, Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>Attorneys for Secured Creditor:  HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE MLMI TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, MLMI SERIES 2006-AF1 | Case No.:    23-13890 SLM<br><br>Chapter:    7 |
| In Re:<br><br>Tracy L. Doran<br>        Debtor | Adv. No.:<br><br>Hearing Date: \<INSERT DATE\><br><br>Judge:    Stacey L. Meisel |

**CERTIFICATION IN SUPPORT OF**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

I, Yaneli Martinez, declare under penalty of perjury as follows:

1. I am a/an Assistant Vice President of Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP ("BANA") and am authorized to sign this certification on behalf of BANA, as servicing agent for HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE MLMI TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, MLMI SERIES 2006-AF1 ("Movant") with respect to a certain loan (the "Loan") provided to Debtor(s), which Loan is evidenced by the Note (defined below) and secured by the Mortgage (defined below).  This certification is provided in support of Movant's Motion for Relief from Stay (the "Motion").

2. As part of my job responsibilities for BANA, I have personal knowledge of and am familiar with the types of records maintained by BANA in connection with the Loan and the procedures for creating those types of records. I have access to the books, records and files of BANA that pertain to the Loan and extensions of credit given to Debtor(s) concerning the Property (defined below).

3. The information in this certification is taken from BANA's business records regarding the Loan. I have personal knowledge of BANA's procedures for creating these types of records. The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in the course of BANA's regularly conducted business activities; and (c) it is the regular practice of BANA to make such records.

4. Debtor has executed and delivered or is otherwise obligated with respect to that certain promissory note in the original principal amount of $285,700.00 (the "Note"). A copy of the Note is attached hereto as Exhibit A.

5. Pursuant to that certain Mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtor(s) under and with respect to the Note and the Mortgage are secured by the Property (as defined in the Motion). A copy of the Mortgage is attached hereto as Exhibit B.

6. All rights and remedies under the Mortgage have been assigned to the Movant pursuant to that certain assignment of mortgage, a copy of which is attached hereto as Exhibit C.

7. As of May 18, 2023, the outstanding amount of the Obligations less any partial payments or suspense balance is $373,931.79.

8. As of May 18, 2023, the per diem interest is $38.83.

9. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred legal fees and legal costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

10. As of May 18, 2023, the date of the last payment received is 02/25/2020.

11. Attached hereto as Exhibit D, is the Certification Re Calculation of Amounts Due.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this __22nd__ day of __June__, 2023.

_____
Name: Yaneli Martinez
Title: Assistant Vice President