KML Law Group, PC
A Professional Corporation incorporated in Pennsylvania
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 627-1322
Attorneys for HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF THE MLMI TRUST, MORTGAGE PASS-THROUGH
CERTIFICATES, MLMI SERIES 2006-AF1

---

| | |
|---|---|
| IN THE MATTER OF:<br><br>Tracy L. Doran<br><br>        DEBTOR(S), | **IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CHAPTER 7<br>CASE NO. 23-13890 SLM<br><br>**STATEMENT AS TO WHY NO BRIEF IS NECESSARY IN ACCORDANCE WITH "LOCAL RULES OF BANKRUPTCY PRACTICE" RULE 3(C)** |

The within Notice of Motion requests relief from the automatic stay on the grounds, as set forth on the accompanying Certification, that the debtor(s) has failed to maintain their monthly mortgage payments to the Secured Creditor.

As the facts the secured creditor relies upon, as set forth on the accompanying certification, and the basis for relief from the automatic stay, do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary in the Court's consideration of the within Motion.

<u>**/s/Brian C. Nicholas**</u>
Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 627-1322
bnicholas@kmllawgroup.com
Attorney for HSBC BANK USA, NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF THE MLMI TRUST,
MORTGAGE PASS-THROUGH CERTIFICATES,
MLMI SERIES 2006-AF1

DATED:  June 26, 2023