# EXHIBIT C

```
MORRIS COUNTY, NEW JERSEY
JOAN BRAMHALL, COUNTY CLERK
ASGN-OR BOOK 22133 PG 0091
RECORDED 09/10/2012 13:41:17
FILE NUMBER 2012070192
RCPT #: 783883; RECD BY: ann
RECORDING FEES   30.00
MARGINAL NOTATION CD 5.00 ST 5.00
```

Return To: SHAPIRO & PEREZ
14000 COMMERCE PARKWAY, SUITE B
MT. LAUREL, NJ 08054

This Instrument Prepared By: Sherri Klish
PHH Mortgage Corporation
1 Mortgage Way, Mt. Laurel, NJ 08054

Task ID:

MIN #:
MERS Phone:

### ASSIGNMENT OF MORTGAGE/ DEED OF TRUST

For Value Received, Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for QUICKEN LOANS, INC, its successors and assigns whose address is PO Box 2026, Flint, Michigan 48501-2026, hereby assigns and transfer to **HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, SERIES 2006-AF1**, its successors and assigns, whose address is 9062 OLD ANNAPOLIS RD, COLUMBIA, MD 21045, all its right, title and interest in and to a certain Mortgage / Deed of Trust executed by JEFFREY A DORAN, TRACY L DORAN and bearing the date of 04/28/2006, and recorded on 05/08/2006 in the office of the recorder of MORRIS County, State of NJ, in Book, Volume, or Liber No. OR20504, at page 0339 or as No. 2006042931 in the amount of $285700.00
Property Address: 8 ABBOTT DRIVE TOWNSHIP OF JEFFERSON NJ 07849

Signed on 8-28, 2012

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)

By: _____
Candace Gallardo - ASSISTANT SECRETARY

State of New Jersey, County of Burlington,
On 8-28, 2012, before me, Gladys Laboy, a notary public in and for said State, personally appeared Candace Gallardo ASSISTANT SECRETARY, of Mortgage Electronic Registration Systems, Inc personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

Gladys Laboy
_____
Notary Public of New Jersey
My Commission Expires: 6-12-17

GLADYS LABOY
ID # 2360690
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires June 12, 2017

Book22133/Page91