UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KML Law Group, P.C.
By:  Brian C. Nicholas, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorneys for Secured Creditor:  HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE MLMI TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, MLMI SERIES 2006-AF1

Case No.:  23-13890 SLM

Chapter:  7

Adv. No.:  _____

In Re:
  Tracy L. Doran
        Debtor

Hearing Date: July 25, 2023 at 10:00 AM

Judge:  Stacey L. Meisel

## CERTIFICATION OF SERVICE

1. I, Thomas Diruscio

   ☐ Represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Brian C. Nicholas, Esquire, who represents the Secured Creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On June 26, 2023 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Notice of Motion for Relief of Automatic Stay
   - Certification of Support in Motion of Relief from Automatic Stay
   - Exhibits
   - Proposed Order
   - Certification of Service

3. I certify under penalty of perjury that the above document were sent using the mode of service indicated.

Dated: June 26, 2023            /S/Thomas Diruscio
                                Signature

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Tracy L. Doran<br>34 Bank Street<br>Apartment 3306<br>Netcong, NJ 07857 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joan Sirkis Warren<br>Lavery & Sirkis<br>699 Washington Street, Suite 103<br>Hackettstown, NJ 07840 | Attorney for Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Donald V. Biase<br>Biase Associates<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920 | Chapter 7 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev. 8/1/16*